# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR609-013 |
| | ) | |
| LAKESHA MCREYNOLDS | ) | |

## ORDER

At a preliminary hearing on June 19, 2014, the Court found probable cause to believe that Lakesha McReynolds had violated the conditions of her supervised release and thus must undergo a revocation hearing before the sentencing judge. Doc. 20. McReynolds, who is now represented by retained attorney Kenneth Muhammed,[1] has filed a motion to reconsider the Court's ruling that she should be detained pending the revocation hearing. Doc. 95 (which does not challenge the Court's probable cause finding.) McReynolds contends that had the Court continued the hearing (as Mr. Muhammad requested *prior* to entering his appearance) she "would have been able to prove, with

---

[1] At the June 19 preliminary hearing McReynolds was represented by Amit Navare, who entered his appearance on June 18, 2014. Doc. 87; *see* doc. 91. Mr. Muhammad did not enter an appearance until July 1, 2014. Doc. 94.

recorded evidence," that her probation officer made material misrepresentations regarding her fitness for bond. Doc. 95 at 2.

As the government correctly points out, McReynolds "does not specify what representations she alleges were false, does not explain why any representations should be found to be false, and does not set out the nature nor contents of the evidence she says would prove any statements false." Doc. 97 at 1. Our local criminal rules require that every factual assertion in a motion be supported by a citation to the record or, "[w]here allegations of fact are relied upon that are not supported by the existing record," by affidavit. LCrR 12.1. Defendant has tendered no such affidavit.

The Court **DENIES** defendant Lakesha McReynolds' reconsideration motion (doc. 95) without prejudice to her right to renew it upon compliance with the local rule.

**SO ORDERED** this 7TH day of July, 2014.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA